Nina Rabin, AZ Bar #025246
University of Arizona Immigration Law Clinic
1145 N. Mountain Ave.
Tucson, AZ 85719
Telephone: (520) 621-9206
Fax: (520) 626-5233
rabin@email.arizona.edu

Attorney for Plaintiff Jesus Gerardo Plascensia Ramirez

**UNITED STATES DISTRICT COURT**
DISTRICT OF ARIZONA

|  |  |
|---|---|
| JESUS GERARDO PLASCENSIA RAMIREZ, | )<br>)<br>) Case No. 4:14-cv-01773-JR<br>)<br>) **NOTICE OF DISMISSAL**<br>) |
| Plaintiff, | |
| v. | |
| CHAVEZ WROUGHT IRON, LLC,<br>ALFRED O. CHAVEZ, SR., ADRIAN CHAVEZ,<br>ALFRED CHAVEZ, JR., AND ANDREA CHAVEZ, | |
| Defendants. | |

Plaintiff Jesus Gerardo Plascensia Ramirez hereby dismisses the above captioned case, with prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1).

Tucson, AZ
April 1, 2014

                                                Respectfully submitted,

                                      BY: _____/s/_____
                                                Nina Rabin
                                                Attorney for Plaintiff